AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

Benjamin Cortez-Gomez (54324-424)
*Petitioner*

v.

FCI Terre Haute Warden D. Lux
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 2:26-cv-471-JRO-MG
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Benjamin Cortez-Gomez
   (b) Other names you have used: Benjamin Cortes
2. Place of confinement:
   (a) Name of institution: Terre Haute Federal Correctional Institution
   (b) Address: P.O. Box 33, Terre Haute, IN 47808
   (c) Your identification number: 54324-424
3. Are you currently being held on orders by:
   ☒ Federal authorities ☐ State authorities ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: United States District Court, Northern District of Illinois, Eastern Division. (Chicago, IL).
   (b) Docket number of criminal case: 1:20-cr-00422-1
   (c) Date of sentencing: October 22, 2025
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❒ Pretrial detention
❒ Immigration detention
❒ Detainer
❒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❒ Disciplinary proceedings
☒ Other *(explain)*: I am challenging my current prison designation, a prison transfer to the Chicago Metropolitan Correctional Center (MCC) for adequate legal access to appeal attorney.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   (d) Date of the decision or action:

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ❒ Yes ☒ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court:
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result:
      (5) Date of result:
      (6) Issues raised:
   (b) If you answered "No," explain why you did not appeal: Unit team counselor S. Williams, has failed to provide me with the proper informal resolution form BP-8, or with a request for administrative remedy form BP-9. (See, attachment A).

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❒ Yes ❒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a second appeal: ______

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: ______

(2) Date of filing: ______

(3) Docket number, case number, or opinion number: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) If you answered "No," explain why you did not file a third appeal: ______

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: ______

(2) Case number: ______

(3) Date of filing: ______

(4) Result: ______

(5) Date of result: ______

(6) Issues raised: ______

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: ______

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: ______

(b) Date of the removal or reinstatement order: ______

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:
(1) Date of filing: ______
(2) Case number: ______
(3) Result: ______
(4) Date of result: ______
(5) Issues raised: ______

(d) Did you appeal the decision to the United States Court of Appeals?
❒ Yes ❒ No
If "Yes," provide:
(1) Name of court: ______
(2) Date of filing: ______
(3) Case number: ______
(4) Result: ______
(5) Date of result: ______
(6) Issues raised: ______

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☒ Yes ❒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: Motion for a non-binding judicial recommendation
(b) Name of the authority, agency, or court: United States District Court, Northern District of Illinois, Eastern Division.
(c) Date of filing: May 1, 2026
(d) Docket number, case number, or opinion number: 1:20-cr-00422-1, Dkt. 267
(e) Result: Still pending. No ruling by the court as of this filing.
(f) Date of result: N/A
(g) Issues raised: Denial of legal access to appellate counsel of record at current BOP facility (FCI Terre Haute).

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Denial of legal access to appellate counsel under the Sixth Amendment under the United States Constitution at FCI Terre Haute. Prison officials continue to hinder petitioner's ability to access counsel in order to assist in the preparation of his pending appeal in the Seventh Circuit under No. 25-2954.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Petitioner has tried and continues to litigate for a temporary facility transfer to the Metropolitan Correctional Center (MCC) in Chicago, to be provided with adequate legal access to appellate attorney in order to assist with the preparation of the appeal. Petitioner's counsel has attempted to schedule a legal conference call with petitioner, to no avail, results, or remedies. (See, Attachment B).

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☒ No

**GROUND TWO:** FCI Terre Haute prison officials have denied Petitioner's request for a temporary facility transfer, from a request made through a civil attorney in an unrelated civil case where Petitioner is Plaintiff. (See, Attachment C).

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

After a request was made to FCI Terre Haute prison officials for a temporary facility transfer to the MCC in Chicago, CLC Attorney Jake Money stated during an e-mail exchange with civil attorney Scott Cohen that "if your goal is to get Inmate Gomez to MCC Chicago [Judicial Intervention for inmate access] may be your only recourse." See, Attachment C.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☐ No

**GROUND FOUR:** __________

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: __________

**Request for Relief**

15. State exactly what you want the court to do: Petitioner respectfully requests that this Court issue a non-binding judicial recommendation to the BOP for a temporary facility transfer from FCI Terre Haute, to the Metropolitan Correctional Center (MCC) in Chicago, in order to adequately have legal access to petitioner's appellate attorney Michael Roy. Such transfer would better assist petitioner access to appellate counsel in order to assist in the preparation of the appeal, and further have reasonable attorney/client privileged legal calls and in person visitation by appellate attorney at MCC. The temporary facility transfer would further place petitioner in close proximity to appellate attorney and the Court of Appeals courthouse than at FCI Terre Haute.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

This petition was placed in the prison mail system on this 29th day of June, 2026.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 29, 2026

*Signature of Petitioner*

N/A

*Signature of Attorney or other authorized person, if any*

Benjamin Cortez-Gomez
Bop Reg NO. 54324-424
FCI Terre Haute
P.O. Box 33
Terre Haute, IN 47808

The office of the clerk, for
the U.S. District Court
921 Ohio Street, Room 104
Terre Haute, IN 47801

Legal mail

FILED
JUL 06 2026
U.S. CLERK'S OFFICE

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY MAGNETOMETER